1

2

3   JOE FLORES,
              Plaintiff                    1:04-cv-6405 OWW DLB
4   vs

5   DENNIS HAGOBIAN, et al.,
6              Defendants              ORDER APPROVING SUBSTITUTION
                                       OF ATTORNEY
7

8

9

10  GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Berliner

11  Cohen is substituted in place of Wilson Sonsini Goodrich & Rosati as attorneys of record for

12  defendant Yosemite Technologies, Inc. in the above captioned matter.

13

14

15
    DATED:  February _22_, 2006              /s/ OLIVER W. WANGER
16                                           Judge of the District Court

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com