1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9
10   JOE FLORES and CONNIE FLORES,

                   1: 04 CV 06405 AWI DLB

11          Plaintiffs,

                   ORDER re: ELECTRONIC NOTICE

12       v.

13   DENNIS HAGOBIAN,, et al.,

14          Defendants.

15

16

17      It is HEREBY ORDERED that Plaintiff Joe Flores be designated to receive notice of filing in the above entitled case by means of email.

18

19      Plaintiff Connie Flores shall continue to receive notice by mail.

20

21   IT IS SO ORDERED.

22      **Dated:**    **June 18, 2007**             **/s/ Dennis L. Beck**

                                     UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1