# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al., | 1:04cv6405 AWI DLB |
| Plaintiffs, | ORDER DENYING DEFENDANTS' REQUEST TO STAY ACTION AS MOOT (Document 68) |
| v. | ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| DENNIS HAGOBIAN, et al., | |
| Defendants. | |

On May 22, 2007, Defendants Dennis Hagobian, Victoria Hagobian, the Dennis Hagobian Residential Trust, Yosemite Technologies and Rod Christensen (collectively the "Hagobian Defendants") filed a request to stay this action pending a decision on their motion to dismiss in a similar case, 1:05cv0291 AWI DLB. On July 30, 2007, the Court granted Defendants' motion to dismiss with leave to amend. Accordingly, Defendants' request to stay this action is DENIED AS MOOT.

Defendants alternatively request an extension of time to respond to the First Amended Complaint in this action, filed on May 10, 2007. Defendants' request is GRANTED. A response to the First Amended Complaint shall be filed within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __August 2, 2007__     _____/s/ Dennis L. Beck_____
UNITED STATES MAGISTRATE JUDGE

1