IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al.,     Plaintiffs, v. DENNIS HAGOBIAN, et al.,     Defendants. | 1:04-CV- 6405 AWI DLB ORDER VACATING AUGUST 27, 2007 HEARING DATE AND MOVING HEARING TO SEPTEMBER 24, 2007 ORDER SETTING BRIEFING SCHEDULE |

On August 3, 2007, the parties filed a stipulation to continue the hearing on Defendants' pending motions and to set a new briefing schedule.  Having reviewed the court's schedule and good cause having been presented by the parties, the court ORDERS as follows:

1. Plaintiffs SHALL file opposition briefs to the pending (a) Anti-Slapp Motion to Strike; (b) Motion to Dismiss for Failure to State a Claim; and (c) Motion to Dismiss for Lack of Subject Matter by August 27, 2007;

2. Defendants SHALL file any reply briefs by September 10, 2007; and

3. The hearing on Defendants' motions is SET for September 24, 2007 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   August 6, 2007                       /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE