# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE FLORES, et al., | ) | 1:04cv6405 AWI DLB |
| | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER REQUIRING ALL DEFENDANTS |
| | ) | TO RESPOND TO FIRST AMENDED |
| v. | ) | COMPLAINT |
| | ) | |
| DENNIS HAGOBIAN, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 28, 2007, the Court set a mandatory scheduling conference for September 26, 2007, based on the Bankruptcy Court's lifting of the automatic stay.

On August 30, 2007, Plaintiff Joe Flores filed an ex parte application indicating that certain Defendants have not answered the First Amended Complaint ("FAC") filed on May 10, 2007. While Defendants were under no obligation to answer the FAC while the case was stayed, the lifting of the stay requires that the case now proceed in the customary manner.

Accordingly, all Defendants who have not already responded to the FAC are ORDERED to respond with 20 days of this ORDER.

IT IS SO ORDERED.

Dated:   **August 31, 2007**                    _____**/s/ Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE

1