IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al.,            )<br>                                       )<br>          Plaintiffs,         )<br>                                       )<br>     v.                            )<br>                                       )<br>DENNIS HAGOBIAN, et al.,  )<br>                                       )<br>          Defendants.       )<br>_____ ) | 1:04-CV-6405 AWI DLB<br><br>ORDER MOVING DEFENDANTS'<br>MOTION TO DISMISS TO<br>OCTOBER 15, 2007 |

    Defendants Georgeson & Belardinelli, C. Russell Georgeson, and Richard Belardinelli ("Georgeson Defendants") have filed a motion to dismiss. This motion is set to be heard on September 24, 2007. On August 27, 2007, other defendants in this action also filed a motion to dismiss. These defendants' motion is set for hearing on October 15, 2007.

    The court finds that, in the interests of justice and judicial economy, the court should hear both motions together. Accordingly, the September 24, 2007 hearing is VACATED. The Georgeson Defendants' motion is SHALL BE HEARD on October 15, 2007, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:   September 20, 2007              /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE