1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                         **EASTERN DISTRICT OF CALIFORNIA**

8

9

10   **JOE FLORES, et al.,**                    )        **CIV-F-04-6405 AWI DLB**
                                                )
11                   **Plaintiff**,             )
                                                )        **ORDER VACATING HEARING**
12         **v.**                               )        **DATE OF OCTOBER 15, 2007 AND**
                                                )        **TAKING MATTER UNDER**
13   **DENNIS HAGOBIAN, et al.,**               )        **SUBMISSION**
                                                )
14                   **Defendant**s.            )
     _____   )
15

16

17         Defendants have made motions to dismiss. Docs. 104, 107, and 130.  Plaintiff opposes all

18   motions.  The hearing on the motions was set for October 15, 2007 at 1:30 PM.  The court has

19   reviewed the papers filed and has determined that the motions are suitable for decision without

20   oral argument. See Local Rule 78-230(h).

21         Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15,

22   2007, is VACATED, and no party shall appear at that time.  As of that date, the court will take

23   the matters under submission and will thereafter issue its decision.

24

25   IT IS SO ORDERED.

     **Dated:   October 9, 2007**                      /s/ Anthony W. Ishii
26                                               UNITED STATES DISTRICT JUDGE

27

28

                                                 **1**