**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES, et al., ) | 1:04-CV-6405 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER VACATING NOVEMBER |
| ) | 26, 2007 HEARING AND TAKING |
| v. ) | MATTER UNDER SUBMISSION |
| ) | |
| DENNIS HAGOBIAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   Defendants Judith Yeramian, The Lee Yeramian Family Trust, the Lee Yeramian Exempt QTIP Trust, and the Judith Mary Yeramian Family Trust ("Yeramian Defendants") have filed a motion to dismiss.   This motion is set to be heard on November 26, 2007.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 26, 2007,  is VACATED, and the parties shall not appear at that time.  As of November 26, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 21, 2007               /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE