Total Pages:
RUSSELL G. VANROZEBOOM (SBN 063072)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704-2225
Telephone: (559) 225-6550
Facsimile: (559) 225-7912

Attorneys for defendants Judith Yeramian, The Lee Yeramian Family Trust,
The Lee Yeramian Exempt QTIP Trust, The Judith Mary Yeramian Family Trust

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOE FLORES, an individual; and CONNIE FLORES, an individual, DDJ, INC., f.k.a., FRUIT MARKETING, INC., a California Corporation; DDJ, LLC, f.k.a., FRUIT MARKETING INVESTMENT COMPANY, LLC, a California limited Liability Company; W.D. FARMING, LLC, a California Limited Liability Corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DENNIS HAGOBIAN, an individual; DENNIS VARTAN, an individual; VICTORIA HAGOBIAN a.k.a., VICKY HAGOBIAN, an individual; JUDY YERAMIAN a.k.a., JUDITH YERAMIAN, an individual; RUSSELL DAVIDSON, an individual; WILLIAM DAVIDSON, an individual; MICHAEL HEDBERG, an individual; THE VARTAN TRUST, a trust; THE LEE YERAMIAN FAMILY TRUST, a trust; THE LEE YERAMIAN EXEMPT QTIP TRUST, a trust; THE JUDITH MARY YERAMIAN FAMILY TRUST, a trust; THE VICTORIA HAGOBIAN RESIDENCE TRUST, a trust; THE DENNIS HAGOBIAN RESIDENCE TRUST, a trust; YOSEMITE TECHNOLOGIES, INC., a Delaware Corporation authorized to conduct business in California; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____ | Case No. CIV F-04-06405 AWI/DLB<br><br>**SUBSTITUTION OF ATTORNEY; ORDER AND PROOF OF SERVICE** |

**SUBSTITUTION OF ATTORNEY AND ORDER**

Judith Yeramian, The Lee Yeramian Family Trust, The Lee Yeramian Exempt QTIP Trust, and The Judith Mary Yeramian Family Trust, defendants in the above-entitled matter substitutes Wild, Carter & Tipton in place of Caswell Bell & Hillison, LLP as their attorney of record.

The address and telephone number of the law firm is as follows:
Wild, Carter & Tipon
Russell G. VanRozeboom
246 W. Shaw Avenue
Fresno, California 93704
Telephone 559-224-2131
Facsimile 559-229-7295

Dated: November __, 2007   By _____
JUDY YERAMIAN, on behalf of herself, The Lee Yeramian Family Trust, The Lee Yeramian Exempt QTIP Trust, and The Judith Mary Yeramian Family Trust

The undersigned consents to the above substitution.

CASWELL BELL & HILLISON  LLP

Dated: November __, 2007   By _____
Randolf Krbechek

The undersigned accepts the above substitution.

Dated: November __, 2007   WILD CARTER & TIPTON

By _____
Russell G. VanRozeboom

**ORDER**

IT IS SO ORDERED.

**Dated:   January 11, 2008**          /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE