IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al.,   ) | 1:04-CV-6405 AWI DLB |
| ) | |
|       Plaintiffs, ) | ORDER VACATING APRIL 28, |
| ) | 2008 HEARING AND TAKING |
|   v. ) | MATTER UNDER SUBMISSION |
| ) | |
| DENNIS HAGOBIAN, et al., ) | |
| ) | |
|       Defendants. ) | |
| _____) | |

Defendants have filed a motion to dismiss. This motion is set to be heard on April 28, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2008, is VACATED, and the parties shall not appear at that time. As of April 28, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 23, 2008                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE