# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al., | 1:04cv6405 AWI DLB |
| Plaintiffs, | ORDER REFERRING MOTION FOR RECONSIDERATION TO DISTRICT JUDGE |
| v. | |
| DENNIS HAGOBIAN, et al., | |
| Defendants. | |

On April 16, 2008, the Court denied Plaintiff Joe Flores' Petition to file complaint against attorneys for civil conspiracy. On April 22, 2008, Plaintiff filed a motion for reconsideration of the Court's order. Plaintiff contends the Court committed clear error and the Court's findings are "off point." The Court construes this as a motion for reconsideration by the District Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72-303(c). The motion shall therefore be heard on **June 16, 2008 at 1:30 p.m. in Courtroom 2** before th Honorable Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **May 22, 2008**              /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE