IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al., ) | 1:03-CV-6405 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER VACATING JUNE 16, |
| ) | 2008 HEARING HEARING ON |
| v. ) | PLAINTIFF'S MOTION FOR |
| ) | RECONSIDERATION. |
| DENNIS HAGOBIAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

After the Magistrate Judge denied Plaintiff Joe Flores' petition to file a complaint against attorneys for civil conspiracy, on April 22, 2008, Plaintiff filed a motion for reconsideration of this order.   The Magistrate Judge has placed this motion for reconsideration on the June 16, 2008 calendar of the undersigned.   The court has reviewed the pleading papers and finds this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 16, 2008, is VACATED, and the parties shall not appear at that time.  As of June 16, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   June 13, 2008**                        /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE

1