UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS HAGOBIAN, et al.,<br><br>    Defendants. | CIV-F-04-6405 AWI DLB<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 3, 2013 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiffs have made a motion to vacate the court's order of September 13, 2006. Doc. 353. Defendants oppose the motion. Doc. 358. The court has reviewed the papers filed and has determined that the motions are suitable for decision without oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 3, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 27, 2013                                                   
                                                                      SENIOR DISTRICT JUDGE